## The Midland Pacific Railroad Co. v. Williamson.

1. The decision in the preceding case of The Midland Pacific Railroad Company, affirmed.

This, like the preceding case, was brought up by petition in error from the District Court of Otoe county. It was argued in connection with that case.

*S. H. Calhoun* and *J. H. Croxton*, for plaintiffs in error.

*I. N. Shambaugh*, for defendant in error.

LAKE, J.

Having fully considered all the questions presented in this record in the case of this Railroad v. McCartney, decided at this term, upon the principles therein declared, the judgment of the District Court in this case is affirmed.

Judgment affirmed.